**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

ARROW ELECTRONICS, INC.,

      Plaintiff,

  v.

DRAGONWAVE-X, LLC,
COMSOVEREIGN HOLDING CORP., and
DANIEL L. HODGES,

      Defendants.

**COMPLAINT AND JURY DEMAND**

Plaintiff Arrow Electronics, Inc. ("Arrow") alleges the following for its Complaint and Jury Demand (the "Complaint") against DragonWave-X, LLC ("DragonWave-X"), ComSovereign Holding Corp. ("ComSovereign"), and Daniel L. Hodges:

**NATURE OF THE ACTION**

1. On January 17, 2020, Arrow filed suit in the U.S. District Court for the District of Colorado against DragonWave-X and ComSovereign, seeking past-due payment for merchandise that Arrow supplied to DragonWave-X; past-due payment for non-cancelable, non-returnable merchandise ("NCNR Merchandise") that DragonWave-X ordered from Arrow; and interest charges, carrying costs, and fees accrued by Arrow. *Arrow Electronics, Inc. v. DragonWave-X, LLC,* et al., No. 20-cv-00149 (D. Colo.).

2. On June 12, 2020, DragonWave-X, ComSovereign, and ComSovereign's processor-by-merger entered into a Confidential Settlement Agreement and Mutual Release with

Arrow (the "2020 Settlement" or "Settlement," attached hereto as **Exhibit 1**), in which Arrow agreed to dismiss its claim against ComSovereign, DragonWave-X agreed to a confessed judgment in favor of Arrow for $503,500.00 that resolved the case, and ComSovereign guaranteed that payment by DragonWave-X.  (Settlement at 2 ¶ I(A), (B), (D).)

3. Under the 2020 Settlement, Arrow also agreed to defer payment from DragonWave-X and ComSovereign until August 15, 2020 while reserving the right to sue in Colorado for the full payment, including interest and attorneys' fees, if DragonWave-X and ComSovereign failed to timely pay.  (Settlement at 2 ¶ I(C).)

4. Arrow, DragonWave-X, and ComSovereign later executed two amendments, which extended DragonWave-X and ComSovereign's payment deadline to November 6, 2020 in exchange for additional principal and penalties owed to Arrow.

5. At the same time as the second amendment to the 2020 Settlement, Daniel L. Hodges, the manager of DragonWave-X and chief executive officer of ComSovereign, signed a Personal Guaranty ("Guaranty," attached hereto as **Exhibit 2**), in which he guaranteed complete and timely payment of DragonWave-X and ComSovereign's then-remaining debt in exchange for Arrow extending the companies' payment deadline to November 6, 2020 and forbearing from immediate enforcement of the companies' debt.  (Guaranty ¶ 1.)

6. Pursuant to the 2020 Settlement and the Guaranty, Arrow now brings suit to recover the remaining principal due under the 2020 Settlement—$313,000.00—plus additional contractual penalties, contractual interest, attorneys' fees, and costs of more than $30,000.00 to date.

## PARTIES, JURISDICTION, AND VENUE

7. Plaintiff Arrow Electronics, Inc. is a New York corporation with its principal place of business at 9201 East Dry Creek Road in Englewood, Colorado.

8. Arrow is a global provider of electronics products, services, and solutions for industrial and commercial users.

9. Defendant DragonWave-X, LLC is an Arizona limited liability company and, according to the Arizona Corporation Commission, its sole member is ComSovereign Corp. ("CSC"), which is a Delaware corporation with its principal place of business in Tucson, Arizona.

10. Defendant ComSovereign Holding Corp. is a Nevada corporation and, according to its SEC filings, its principal place of business is 5000 Quorum Drive, Suite 400 in Dallas, Texas.

11. Defendant Daniel L. Hodges is the chief executive officer of ComSovereign and the manager of DragonWave-X.   On information and belief, Mr. Hodges is a resident of Arizona.

12. This Court has subject-matter jurisdiction over this action under 28 U.S.C. § 1332(a).  Complete diversity exists between Plaintiff and Defendants, and the amount-in-controversy exceeds $75,000.00, excluding interest and costs.

13. This Court has personal jurisdiction over Defendants because they consented to personal jurisdiction in Colorado.  (Settlement at 5, ¶ IV(J); Guaranty ¶ 5.)  Further, each of the Defendants—directly or through the actions of their shared agent, Daniel L. Hodges, and other employees and agents—purposefully directed e-mails, phone calls, orders, payments,

negotiations, contracts, and other business into Colorado in dealing with Arrow in relation to the matters giving rise to the claims herein.

14. Venue is proper in the U.S. District Court for the District of Colorado because Defendants consented to venue in this District. (Settlement at 5, ¶ IV(J); Guaranty ¶ 5.) Venue also is proper under 28 U.S.C. § 1391(b), because a substantial portion of the events or omissions giving rise to the claims herein occurred in this District.

## GENERAL ALLEGATIONS

*Factual Background*

15. In November and December 2018, Arrow delivered merchandise to DragonWave-X worth $124,706.10, and Arrow invoiced DragonWave-X for the deliveries. DragonWave-X also agreed to take delivery of and pay Arrow for NCNR Merchandise worth $519,750.00. DragonWave-X failed to timely pay these amounts.

16. In November 2019, Arrow, DragonWave-X, and CSC entered into a forbearance agreement (the "2019 Forbearance"), under which Arrow agreed to forbear from taking legal action against DragonWave-X or CSC for the failure to pay Arrow, but only if DragonWave-X and CSC met payment obligations established in the 2019 Forbearance.

17. DragonWave-X and CSC failed to timely pay Arrow under the 2019 Forbearance. Despite Arrow's demand to cure and Mr. Hodges's and others' assurances that payment was forthcoming, DragonWave-X and CSC defaulted under the 2019 Forbearance.

*Prior Lawsuit and 2020 Settlement*

18. On January 17, 2020, Arrow filed suit in this Court against DragonWave-X and ComSovereign (which Arrow alleged had assumed CSC's obligations) for breach of the 2019

4

Forbearance.  *See Arrow Electronics, Inc. v. DragonWave-X, LLC,* et al., No. 20-cv-00149 (D. Colo.).

19.     On June 12, 2020, DragonWave-X, ComSovereign, and CSC entered into the 2020 Settlement with Arrow, in which DragonWave-X admitted that it owed Arrow $503,500.00 and stipulated to a judgment against it in that amount.  (Settlement at 2 ¶ I(B).)  DragonWave-X agreed to pay Arrow the judgment amount on or before August 15, 2020.  (Settlement at 2 ¶ I(C).)  In return, Arrow agreed to delay enforcement of that obligation until after August 15, 2020.  (*Id.*)

20.     Arrow also agreed to dismiss ComSovereign as a defendant from the prior case.  (Settlement at 1 ¶ I(A).)  In exchange, ComSovereign guaranteed timely payment of DragonWave-X's obligations under the 2020 Settlement.  (Settlement at 2 ¶ I(D).)

21.     The 2020 Settlement provided that, upon timely payment, Arrow would deliver the NCNR Merchandise in Arrow's possession to DragonWave-X.  (Settlement at 2 ¶ I(E).)

22.     The 2020 Settlement further provided that, if neither DragonWave-X nor ComSovereign satisfied their payment obligations, Arrow would be entitled to (1) dispose of the NCNR Merchandise as it saw fit; (2) collect payment, including by enforcing the judgment against DragonWave-X; and (3) collect 12% per year interest plus reasonable attorneys' fees and costs.  (Settlement at 2-3 ¶ I(F).)

23.     DragonWave-X and ComSovereign both waived their right to notice and an opportunity to cure any default under the 2020 Settlement.  (Settlement at 3 ¶ I(G).)

24. DragonWave-X and ComSovereign released Arrow from all claims, counterclaims, appeals, costs, and any other potential liability relating to the dispute. (Settlement at 3 ¶ II(A).)

25. The 2020 Settlement provided that the 2019 Forbearance and all other contracts between or among Arrow, DragonWave-X, ComSovereign, and CSC were terminated. (Settlement at 4 ¶ II(C).)

26. On June 15, 2020, Arrow dismissed ComSovereign from the prior case, and the court entered judgment in favor of Arrow and against DragonWave-X in the amount of $503,500.00.

*Amendments to 2020 Settlement & Mr. Hodges's Personal Guaranty*

27. On August 14, 2020, DragonWave-X, ComSovereign, and Arrow executed the First Amendment to the 2020 Settlement ("First Amendment" or "FA," attached hereto as **Exhibit 3**).

28. Arrow, ComSovereign, and DragonWave-X executed the First Amendment because DragonWave-X and ComSovereign required additional time to make payment under the 2020 Settlement. (FA at 1.)

29. The First Amendment increased the principal amount owed from $503,500.00 to $513,000.00 in exchange for the requested payment extension. (FA at 1.)

30. The First Amendment required two installment payments, with $200,000.00 due on or before August 17, 2020 and $313,000.00 due on or before September 18, 2020. (FA at 1.)

31. DragonWave-X paid the first installment payment of $200,000.00.

6

32. DragonWave-X failed to make the second installment payment on or before September 18, 2020.

33. On September 28, 2020, DragonWave-X, ComSovereign, and Arrow executed the Second Amendment to the 2020 Settlement ("Second Amendment" or "SA," attached hereto as **Exhibit 4**).

34. They executed the Second Amendment because DragonWave-X and ComSovereign required another extension of time to make payment under the 2020 Settlement. (SA at 1.)

35. The Second Amendment provided that DragonWave-X would pay Arrow the remaining principal balance of $313,000.00, a $3,000.00 late-payment penalty, and further penalties of $1,500.00 per week after September 28, 2020 until full payment was made. (SA at 1-2.) The Second Amendment also extended the deadline for all remaining payments to no later than November 6, 2020. (SA at 1.)

36. As inducement for Arrow to execute the Second Amendment, Daniel L. Hodges executed the Guaranty, in which he absolutely and unconditionally guaranteed DragonWave-X and ComSovereign's payment obligations under the 2020 Settlement and amendments. (Guaranty ¶¶ 1, 3.)

37. Mr. Hodges waived any right to notice. (Guaranty ¶ 3.)

*Breach and Damages*

38. To date, neither DragonWave-X, ComSovereign, nor Mr. Hodges has paid the amount due under the 2020 Settlement, as amended, or the Guaranty, even after payment has come due.

39. Accordingly, Arrow now brings suit to recover the remaining principal of $313,000.00 due under the 2020 Settlement, plus contractual penalties; contractual interest of 12% per year on the principal, measured from June 12, 2020; and attorneys' fees and costs expended to enforce Arrow's rights—all of which amounts to more than $30,000.00 to date.

## FIRST CLAIM FOR RELIEF
### (Breach of the 2020 Settlement—Against DragonWave-X)

40. The preceding allegations are incorporated as though set forth fully herein.

41. Under the 2020 Settlement and subsequent amendments, in exchange for Arrow dismissing ComSovereign from a prior lawsuit and forbearing enforcement of its right to payment, DragonWave-X agreed to pay Arrow a total of $513,000.00 over two installments.

42. DragonWave-X agreed that, if it did not satisfy its obligations under the 2020 Settlement and amendments, Arrow was entitled to collect from it the $513,000.00, less any payments tendered by DragonWave-X.

43. DragonWave-X also agreed that, if it failed to satisfy its obligations, Arrow was entitled to contractual penalties, interest on the unpaid principal at a rate of 12% per year, and reasonable attorneys' fees and costs.

44. Consistent with its obligations under the 2020 Settlement, Arrow dismissed ComSovereign from the prior lawsuit and forbore from enforcing its judgment against DragonWave-X, but DragonWave-X failed to make full payment as required by the 2020 Settlement and amendments.

45. DragonWave-X owes Arrow $313,000.00 in principal pursuant to the 2020 Settlement, including $10,000.00 added by mutual amendment.

46. Under the 2020 Settlement, as amended, Arrow also is entitled to an additional $3,000.00 late-payment penalty, plus $1,500.00 per week after September 28, 2020; contractual interest of 12% per year on the principal, measured from June 12, 2020; and attorneys' fees and costs expended to enforce Arrow's rights.

47. Based on the foregoing, Arrow has already suffered damages in excess of $340,000.00, and will suffer further damages in the form of accruing contractual penalties, contractual interest, and attorneys' fees and costs.[1]

## SECOND CLAIM FOR RELIEF
### (Breach of the 2020 Settlement—Against ComSovereign)

48. The preceding allegations are incorporated as though set forth fully herein.

49. In exchange for Arrow settling its prior case against DragonWave-X and ComSovereign, ComSovereign guaranteed DragonWave-X's full payment obligation under the 2020 Settlement as though that obligation was fully its own.

50. Under the 2020 Settlement, DragonWave-X currently owes Arrow principal in the amount of $313,000.00, plus penalties, interest, and attorneys' fees and costs.

51. ComSovereign failed to pay all amounts due and owing to Arrow by DragonWave-X by the agreed date.

---

[1] As noted above, on June 15, 2020, the U.S. District Court for the District of Colorado entered a judgment against DragonWave-X for $503,500.00, of which $200,000.00 was satisfied by a payment to Arrow. In light of additional principal, penalties, interest, and fees that have accrued since the judgment, Arrow asserts the present claim against DragonWave-X to recover the full amount owed. While Arrow still holds and does not waive its valid remaining judgment against DragonWave-X for $303,500.00, that judgment would be superseded if the Court in this case enters judgment in the requested amount.

52. ComSovereign's failure to pay such indebtedness constitutes a breach of ComSovereign's obligation to Arrow.

53. As a proximate result of ComSovereign's breach, Arrow has already suffered damages in excess of $340,000.00, and will suffer further damages in the form of accruing contractual penalties, contractual interest, and attorneys' fees and costs.

### THIRD CLAIM FOR RELIEF
### (Breach of the Guaranty—Against Mr. Hodges)

54. The preceding allegations are incorporated as though set forth fully herein.

55. In exchange for Arrow's agreement to forbear legal action against his companies DragonWave-X and ComSovereign and to extend the companies' contractual payment deadlines, Daniel L. Hodges absolutely and unconditionally guaranteed DragonWave-X and ComSovereign's full payment of the amounts due under the 2020 Settlement and subsequent amendments.

56. Under the 2020 Settlement and amendments, DragonWave-X and ComSovereign currently owe Arrow principal in the amount of $313,000.00, plus penalties, interest, and attorneys' fees and costs.

57. Mr. Hodges failed to pay all amounts due and owing to Arrow by DragonWave-X and ComSovereign by the agreed date.

58. Mr. Hodges's failure to pay such indebtedness constitutes a breach of the Guaranty.

59. As a proximate result of Mr. Hodges's breach, Arrow has already suffered damages in excess of $340,000.00, and will suffer further damages in the form of accruing contractual penalties, contractual interest, and attorneys' fees and costs.

## FOURTH CLAIM FOR RELIEF
### (Declaratory Judgment)

60. The preceding allegations are incorporated as though set forth fully herein.

61. DragonWave-X and ComSovereign agreed in Paragraph I(F)(a) of the 2020 Settlement that, if they defaulted on their obligations under the 2020 Settlement, Arrow is entitled to dispose of the NCNR Merchandise as it sees fit.

62. By failing to tender payments due to Arrow under the 2020 Settlement, DragonWave-X and ComSovereign defaulted on their obligations.

63. By reason of the foregoing, and pursuant to 28 U.S.C. § 2201 and Paragraph I(F)(a) of the 2020 Settlement, Arrow seeks a declaration that it is relieved of any obligations to deliver the NCNR Merchandise and is entitled to dispose of the NCNR Merchandise as it sees fit.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Arrow Electronics, Inc., respectfully requests that the Court enter judgment in its favor and, jointly and severally, against Defendants DragonWave-X, LLC, ComSovereign Holding Corp., and Daniel L. Hodges and grant relief as follows:

   a. On its First Claim for Relief, awarding damages in favor of Arrow against DragonWave-X in excess of $340,000.00, plus further accrued penalties, interest, and attorneys' fees and costs.

   b. On its Second Claim for Relief, awarding damages in favor of Arrow against ComSovereign in excess of $340,000.00, plus further accrued penalties, interest, and attorneys' fees and costs.

   c. On its Third Claim for Relief, awarding damages in favor of Arrow against Daniel L. Hodges in excess of $340,000.00, plus further accrued penalties, interest, and attorneys' fees and costs.

   d. On its Fourth Claim for Relief, under 28 U.S.C. § 2201 and Paragraph I(F)(a) of the 2020 Settlement, entering a declaratory judgment that Arrow is relieved of

any obligations to deliver the NCNR Merchandise that DragonWave-X ordered, and is entitled to dispose of that NCNR Merchandise as it sees fit.

Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Arrow hereby demands a trial by jury of all issues so triable.

Dated: December 1, 2020

Respectfully submitted,

*s/ Paul D. Swanson*
Paul D. Swanson
Hannah E. Armentrout
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone: 303.295.8000
Facsimile: 303.295.8261
pdswanson@hollandhart.com
hearmentrout@hollandhart.com

*Attorneys for Arrow Electronics, Inc.*

Plaintiff's Address:
9201 East Dry Creek Road
Englewood, Colorado 80112